IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-CV-00872-CBS

ELI C. ANDRADE, Reg. #81861,

Plaintiff,

v.

MEDICAL SERVICES/ADAMS COUNTY DETENTION FACILITY,
MEDICAL SERVICES/DENVER RECEPTION DIAGNOSTIC CENTER,
MEDICAL SERVICES/CROWLEY COUNTY CORRECTIONAL FACILITY-CCA, and
WARDEN OF C.C.C.F.-Deliberate Indifference,

Defendants.

## ORDER OF RECUSAL

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." Id.; Webbe v. McGhie land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

After reviewing the case file, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge.

Dated April 25, 2007.

BY THE COURT:

_____
United States Magistrate Judge
