IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2   2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00872-CBS

ELI C. ANDRADE,

     Plaintiff,

v.

MEDICAL SERVICES/ADAMS COUNTY DETENTION FACILITY,
MEDICAL SERVICES/DENVER RECEPTION DIAGNOSTIC CENTER,
MEDICAL SERVICES/CROWLEY COUNTY CORRECTIONAL FACILITY – CCA, and
WARDEN OF C.C.C.F. – Deliberate Indifference,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

     Plaintiff Eli C. Andrade is a prisoner in the custody of the Colorado Department

of Corrections at the Crowley County Correctional Facility at Olney Springs, Colorado.

Mr. Andrade has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983

alleging that his constitutional rights have been violated.  The court must construe the

complaint liberally because Mr. Andrade is representing himself.  *See Haines v.*

*Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.

1991).  However, the court should not be the *pro se* litigant's advocate.  *See Hall*, 935

F.2d at 1110.  For the reasons stated below, Mr. Andrade will be ordered to file an

amended complaint.

     The court has reviewed Mr. Andrade's complaint and finds that it is deficient.

First, it is not clear who the Defendants in this action are.  More specifically, it is not

clear who Mr. Andrade intends to sue with respect to the Defendants he identifies as

Medical Services/Adams County Detention Facility, Medical Services/Denver Reception Diagnostic Center, and Medical Services/Crowley County Correctional Facility – CCA, because these Defendants are not persons subject to suit in this § 1983 action.  Mr. Andrade is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999).  Therefore, Mr. Andrade should name as Defendants the persons he believes actually violated his constitutional rights.

In addition, Mr. Andrade must allege facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations.  Personal participation is an essential allegation in a civil rights action.  ***See Bennett v. Passic***, 545 F.2d 1260, 1262-63 (10th Cir. 1976).  To establish personal participation, Mr. Andrade must show that each Defendant caused the deprivation of a federal right.  ***See Kentucky v. Graham***, 473 U.S. 159, 166 (1985).  There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise.  ***See Butler v. City of Norman***, 992 F.2d 1053, 1055 (10th Cir. 1993).  A Defendant may not be held liable on a theory of respondeat superior.  ***See Pembaur v. City of Cincinnati***, 475 U.S. 469, 479 (1986); ***McKee v. Heggy***, 703 F.2d 479, 483 (10th Cir. 1983).

For these reasons, Mr. Andrade will be directed to file an amended complaint.  Mr. Andrade must clarify who he is suing in this action and he must allege facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations.  Accordingly, it is

2

ORDERED that Mr. Andrade file **within thirty (30) days from the date of this order** an amended complaint that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Andrade, together with a copy of this order, two copies of the following forms:  Prisoner Complaint.  It is

FURTHER ORDERED that, if Mr. Andrade fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 2nd day of July, 2007.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No.  07-cv-00872-CBS

Eli C. Andrade
Prisoner No. 81861
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___7/2/07___


                          GREGORY C. LANGHAM, CLERK


                    By: _____
                              Deputy Clerk