IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 3 2007

GREGOR. . C. LANGHAM
CLERK

Civil Action No. 07-cv-00872-WYD-CBS

ELI C. ANDRADE,

       Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A., and
SUTTON, Doctor,

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: _____8/ 8/ 07_____

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00872-WYD-CBS

Eli Andrade
Reg. No. 81861
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Jim Higby - **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR: David Oba, Louis Caibilin,
Kim Colleymore, Judy Brizendine, and Dr. Sutton.**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Jim Higby for service of process on David Oba, Louis Caibilin, Kim Colleymore, Judy Brizendine, and Dr. Sutton.: PRISONER COMPLAINT FILED 07/20/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _8/13/07_.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk