IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00872-WYD-KMT

ELI ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor;
LOUIS CAIBILIN, Doctor;
KIM COLLEYMORE, N.P.;
JUDY BRIZENDINE, H.S.A;
SUTTON, Doctor; and

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for More Time - Extension" (#41, filed February 27, 2008) is DENIED as moot, as the requested 20 day extension has long passed. In addition, the court declines to interfere in the day-to-day activities of prison administration and regulations as they relate to Plaintiff's request for time to have access to do research.

Plaintiff's letter to the court (#51, filed April 24, 2008) is construed as a Motion for an Order to Respond to Recent Motions and is GRANTED in part. The court has ruled on all but one of Plaintiff's pending motions.

Dated: May 9, 2008