IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00872-WYD-KMT

ELI ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A, and
SUTTON, Doctor,

    Defendants.

## ORDER

This matter is before the court on Defendants' Motion to Allow Deposition of Plaintiff Eli C. Andrade Pursuant to Fed. R. Civ. P 30(a)(2) [Doc. No. 67, filed July 22, 2008]. The Court hereby ORDERS as follows:

The Motion is GRANTED. Defendants are hereby permitted to take the deposition of Plaintiff Eli C. Andrade on August 5, 2008, at 9:00 a.m. at the Sterling Correctional Facility.

Dated this 30th day of July, 2008.

                                    BY THE COURT:

                                    s/ Kathleen M. Tafoya
                                    KATHLEEN M. TAFOYA
                                    United States Magistrate Judge