IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00872-WYD-KMT

ELI ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A, and
SUTTON, Doctor,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiffs' [sic] Motion to Compel Defendants to Comply with Plaintiffs [sic] First Set of Interrogatories and Requests for Production of Documents" (#70, filed August 25, 2008) is DENIED as moot in light of the Minute Order granting Doc. No. 72 (#74, filed August 29, 2008).

Dated: September 3, 2008