IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00872-WYD-KMT

ELI C. ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A., and
SUTTON, Doctor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -3 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Doctor Sutton. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: December 2, 2008

BY THE COURT:

s/ Kathleen M. Tafoya
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00872-WYD-KMT

Eli C. Andrade
Prisoner No. 81861
Sterling Correctional Facility
PO Box 6000 - 32-103-A
Sterling, CO 80751

Jennifer L. Veiga
Attorney at Law
Hall & Evans, LLC
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Dr. Sutton

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal Service for service of process on Dr. Sutton: AMENDED COMPLAINT FILED 07/20/07, ORDER FILED 8/3/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/3/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk