IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00872-WYD-KMT

ELI ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A, and
SUTTON, Doctor,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants "MOTION to Strike [96] Response (Rebuttal) to Defendants Summary Judgment" (Document #97, filed December 30, 2008) is **GRANTED**. Plaintiff's "(Rebuttal) RESPONSE to [92] Defendant's Reply to Response to Motion for Summary Judgment" (Document #96, filed December 22, 2008) is **STRICKEN**.

Dated: January 05, 2009