IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00872-WYD-KMT

ELI ANDRADE,

    Plaintiff,

v.

DAVID OBA, Doctor,
LOUIS CAIBILIN, Doctor,
KIM COLLEYMORE, N.P.,
JUDY BRIZENDINE, H.S.A, and
SUTTON, Doctor,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting this Honorable Courts [sic] Current Decision..." (#110, filed March 26, 2009) is GRANTED in part and DENIED in part. To the extent Plaintiff is seeking a ruling on pending motions, the motion is DENIED. This court will issue a recommendation on the pending motion for summary judgment (#83) and motion to dismiss (#108) in due course. Plaintiff is advised no final pretrial conference and trial date have been set.

Dated: March 30, 2009